Bankruptcy Case No. 12-32936

Adversary Proceeding No. 13-03034

# CERTIFICATE OF SERVICE

I, Linda D. Jennings _____, certify that I am, and at all times during the service of process was, not less than
(name)
18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this
summons and a copy of the complaint was made 2/19/2013 _____ by:
(date)

✗ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  SUNTRUST BANK, c/o Registered Agent:,Dana S. Bruce,919 E. Main Street, 18th Floor, Richmond, VA 23219
  SHEILA THOMPSON, Trustee, 1001 Semmes Avenue, Richmond, VA 23234
  CECIL B. STONE, Trustee, 7818 E. Parham Road, Richmond, VA 23294

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


__ Residence Service: By leaving the process with the following adult at:


✗ Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the
  following officer of the defendant at:
  SUNTRUST BANK, c/o WILLIAM H. ROGERS, JR.., Vice-President
  303 Peachtree Street, NE, 30th Floor, Atlanta, GA 30308

__ Publication: The defendant was served as follows: [Describe briefly]


__ State Law: The defendant was served pursuant to the laws of the State of _____ ,
  as follows: [Describe briefly]                                                  (name of state)



Under penalty of perjury, I declare that the foregoing is true and correct.


_____2/19/2013_____          /s/Linda D. Jennings_____
Date                              Signature

| Print Name |  |  |
| --- | --- | --- |
| Linda D. Jennings |  |  |
| **Business Address** |  |  |
| 2312 Boulevard |  |  |
| **City** | **State** | **Zip** |
| Colonial Heights | VA | 23834 |

[ver. 05/02]